UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| OSWALDO JAVIER FREITES JOYA, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 4:26-CV-272-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, [R. 1], in which he challenges his continued detention. The United States has filed a notice, advising the Court that Petitioner has been removed from the United States. [R. 25]. The United States therefore asks that the petition be denied as moot. *Id.* The Court agrees that it must deny the petition as moot. *See Enazeh v. Davis*, 107 F. App'x 489, 491 (6th Cir. 2004) (finding that an immigrant-petitioner's claims seeking relief from detention pending his removal became moot upon his deportation); *Head v. Crutchfield*, No. 2:06-CV-12231, 2006 WL 1851268, at *2 (E.D. Mich. June 30, 2006) ("In this case, petitioner's claims involving his detention pending removal have been rendered moot by his deportation or removal to the United Kingdom." (citations omitted)); *see generally Spencer v. Kemna*, 523 U.S. 1, 7 (1998) (holding that a habeas corpus petition becomes moot once the prisoner is release from custody, unless the petition can demonstrate a sufficient collateral consequence of the underlying proceeding).

Accordingly, the Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, [**R. 1**], is **DENIED as moot**.

2. This matter is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

3. A separate judgment shall follow.

This the 11th day of September, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY